**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2021-CA-1043

William Evans Russell

- - Versus - -

Deborah Sharp Russell

Family Court of East Baton Rouge
Case #: 216548
East Baton Rouge Parish

On Application for Rehearing filed on   04/22/2022 by Deborah Denise Sharp

Rehearing _____ DENY _____

J. Michael McDonald

Walter I. Lanier III

Elizabeth   Wolfe

Date ____ MAY 1 2 2022 _____

Rodd Naquin, Clerk